IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>BANK OF MONTREAL, et al.,<br><br>   Defendants. | No. 1:18-cv-00342-AT-SN |

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by David Sapir Lesser, hereby enters its appearance as counsel in the above-captioned action for and on behalf of Defendants Toronto-Dominion Bank, TD Securities Inc., and TD Securities (USA) LLC. The undersigned is a member in good standing of the bar of this Court.

Dated:  February 2, 2018

                Respectfully submitted,

                /s/ *David Sapir Lesser*
                David Sapir Lesser
                WILMER CUTLER PICKERING
                HALE AND DORR LLP
                7 World Trade Center
                250 Greenwich Street
                Telephone: (212) 230-8800
                Facsimile: (212) 230-8888
                David.Lesser@wilmerhale.com

                *Counsel for Defendants Toronto-*
                *Dominion Bank, TD Securities Inc., and*
                *TD Securities (USA) LLC*