IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF MONTREAL, et al.,<br><br>Defendants. | No. 1:18-cv-00342-AT-SN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Jamie Stephen Dycus, hereby enters its appearance as counsel in the above-captioned action for and on behalf of Defendants Toronto-Dominion Bank, TD Securities Inc., and TD Securities (USA) LLC. The undersigned is a member in good standing of the bar of this Court.

Dated:  February 2, 2018

Respectfully submitted,

/s/ *Jamie Stephen Dycus*
Jamie Stephen Dycus
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Jamie.Dycus@wilmerhale.com

*Counsel for Defendants Toronto-Dominion Bank, TD Securities Inc., and TD Securities (USA) LLC*