**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated, <br><br>         Plaintiff, <br><br>       v. <br><br> BANK OF MONTREAL, et al., <br><br>         Defendants. | No. 1:18-cv-00342-AT-SN |

## DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Defendants Toronto-Dominion Bank, TD Securities Inc., and TD Securities (USA) LLC make this disclosure pursuant to Federal Rule of Civil Procedure Rule 7.1.

TD Securities (USA) LLC is a wholly-owned subsidiary of Toronto Dominion Holdings (U.S.A.), Inc., which is a wholly-owned subsidiary of TD Group US Holdings LLC.  TD Group US Holdings LLC and TD Securities Inc. are wholly-owned subsidiaries of The Toronto-Dominion Bank, a Schedule 1 chartered bank subject to the provisions of the Bank Act (Canada) whose shares are publicly traded on the Toronto and New York Stock Exchanges.  No publicly held company owns or exercises control over 10% or more of its common shares.

Dated:  February 2, 2018          Respectfully submitted,

/s/ *David Sapir Lesser*
David Sapir Lesser
Jamie Stephen Dycus
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
David.Lesser@wilmerhale.com
Jamie.Dycus@wilmerhale.com

*Counsel for Defendants Toronto-Dominion Bank, TD Securities Inc., and TD Securities (USA) LLC*