# WILMERHALE

February 2, 2018

**David Sapir Lesser**

+1 212 230 8851 (t)
+1 212 230 8888 (f)
david.lesser@wilmerhale.com

<u>VIA ECF</u>

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Fire & Police Pension Association of Colorado v. Bank of Montreal et al.*, No. 18-cv-00342

Dear Judge Netburn:

I represent named defendants Toronto-Dominion Bank, TD Securities Inc., and TD Securities (USA) LLC in the above-referenced action and write on behalf of the plaintiff and all named defendants to jointly request that the Court adjourn *sine die* all deadlines to respond to the Complaint filed on January 12, 2018.

The current procedural posture is as follows:  Certain of the 29 named defendants have been served with the Complaint and have a deadline to respond as soon as February 9, 2018 pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).  Other named defendants, however, have yet to be served with the Complaint.  In addition, the plaintiff is considering amendment.

For the sake of efficiency and to facilitate proceeding in an orderly and coordinated manner, the plaintiff and named defendants have agreed to meet and confer promptly regarding completion of service for the non-served defendants, and anticipate submitting a joint proposed schedule to the Court concerning amendment (if any), the exchange of pre-motion letters pursuant to Judge Torres's Individual Practice III.A, and an anticipated motion to dismiss.

In joining this request the named defendants do not waive, and expressly reserve, all defenses, including without limitation on grounds of lack of personal jurisdiction.

Thank you for the Court's consideration of this request.

Respectfully submitted,


/s/ David Sapir Lesser
David Sapir Lesser

- 2 -

cc: All Counsel of Record