

February 7, 2018

**VIA ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2018
```

Re:   *Fire & Police Pension Association of Colorado v. Bank of Montreal et al.*, No. 18-cv-00342

Dear Judge Netburn:

As counsel for Plaintiff, we write on behalf of Plaintiff and all Defendants in accordance with the Court's February 2 Order (ECF No. 16) to propose a schedule governing amendment of the complaint and service of the remaining Defendants.

All Defendants either (1) have been served or are in the process of being served with the Complaint, (2) have agreed to accept service of the Complaint without prejudice to any defenses or arguments, including, but not limited to, with respect to personal jurisdiction, or (3) are discussing service-related issues with Plaintiff's counsel. We will update the Court on the status of service and/or acceptance of service on or before February 14, 2018.

The parties agree, without the waiver of any rights, that Plaintiff may file an amended complaint by Tuesday, March 20, 2018.

Following the filing of Plaintiff's amended complaint, Plaintiff and Defendants will meet and confer and by March 26, 2018 will propose a schedule for motion practice in accordance with the Court's Individual Practices in Civil Cases.

We thank the Court for its consideration of this request.

Respectfully submitted,

---

The Court adopts the schedule as outlined in this letter.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

February 8, 2018
New York, New York

---

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977 (p) 610-941-2760 (f) 610-862-9777