UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>                       Plaintiff,<br><br>                       -against-<br><br>BANK OF MONTREAL, *et al.*,<br><br>                       Defendants. | Case No.: 1:18-cv-00342-AT-SN |

------------------------------------------------------------x

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Harry S. Davis, an attorney in good standing of the bar of this Court and a member of the law firm Schulte Roth & Zabel LLP, hereby appears as counsel for National Bank of Canada, National Bank Financial Inc., and National Bank of Canada Financial Inc., defendants in the above captioned action, and requests that copies of all papers served in this action be served on the undersigned.

Dated: New York, New York
        February 13, 2018

                                                    SCHULTE ROTH & ZABEL LLP

                                                    By:   /s/ Harry S. Davis
                                                                 Harry S. Davis
                                                                  harry.davis@srz.com

                                                             919 Third Avenue
                                                             New York, NY  10022
                                                             Telephone: 212.756.2000
                                                             Facsimile: 212.593.5955

                                                     *Attorneys for National Bank of Canada,*
                                                     *National Bank Financial Inc., and National*
                                                     *Bank of Canada Financial Inc.*