UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,

                              Plaintiff,

                              -against-

BANK OF MONTREAL, *et al.*,

                              Defendants.
---------------------------------------------------------------x

Case No.: 1:18-cv-00342-AT-SN

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Brian T. Kohn, an attorney in good standing of the bar of this Court and special counsel with the law firm Schulte Roth & Zabel LLP, hereby appears as counsel for National Bank of Canada, National Bank Financial Inc., and National Bank of Canada Financial Inc., defendants in the above captioned action, and requests that copies of all papers served in this action be served on the undersigned.

Dated: New York, New York
         February 13, 2018

                                                      SCHULTE ROTH & ZABEL LLP

                                                      By:   /s/ Brian T. Kohn
                                                                  Brian T. Kohn
                                                                  brian.kohn@srz.com

                                                                  919 Third Avenue
                                                                  New York, NY  10022
                                                                  Telephone: 212.756.2000
                                                                  Facsimile: 212.593.5955

                                                                 *Attorneys for National Bank of Canada,*
                                                                 *National Bank Financial Inc., and National*
                                                                 *Bank of Canada Financial Inc.*