UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FIRE & POLICE PENSION ASSOCIATION OF :
COLORADO, individually and on behalf of all :
those similarly situated, :
:
                          Plaintiff, :
:    Case No.: 1:18-cv-00342-AT-SN
                         -against- :
:
BANK OF MONTREAL, *et al.*, :
:
                        Defendants. :
:
-----------------------------------------------------------x

## DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Defendants National Bank of Canada Financial Inc., National Bank Financial Inc., and National Bank of Canada make this disclosure pursuant to Federal Rule of Civil Procedure 7.1.

National Bank of Canada Financial Inc. is a wholly-owned subsidiary of National Bank of Canada Financial Group Inc., which is a wholly-owned subsidiary of NBF International Holdings Inc., itself a wholly-owned subsidiary of National Bank Financial Inc.

National Bank Financial Inc. is a subsidiary owned by (i) National Bank of Canada (0.003 percent); (ii) FMI Acquisition Inc. (0.007 percent), which is a wholly-owned subsidiary of National Bank of Canada; and (iii) National Bank Group Inc. (99.99 percent), which is a wholly-owned subsidiary of National Bank Acquisition Holding Inc., itself a wholly-owned subsidiary of National Bank of Canada.

National Bank of Canada is a chartered bank under Schedule 1 of the Bank Act (Canada), the shares of which are listed on the Toronto Stock Exchange. No publicly held company owns or exercises control over 10 percent or more of its common shares.

Dated: New York, New York
February 13, 2018

                        SCHULTE ROTH & ZABEL LLP

                        By:   /s/ Harry S. Davis
                                Harry S. Davis
                                harry.davis@srz.com
                                Brian T. Kohn
                                brian.kohn@srz.com

                                919 Third Avenue
                                New York, NY  10022
                                Telephone: 212.756.2000
                                Facsimile: 212.593.5955

*Attorneys for National Bank of Canada, National Bank Financial Inc., and National Bank of Canada Financial Inc.*