UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA MERRILL LYNCH, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC,<br><br>       Defendants. | 18 Civ. 00342 (AT)(SN) |

1

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Royal Bank of Canada certifies that Defendant Royal Bank of Canada is a publically traded company on the New York Stock Exchange and Toronto Stock Exchange. Royal Bank of Canada has no parent corporation, and to the best of Royal Bank of Canada's knowledge, no publicly held company owns 10% or more of its stock.

Dated: February 13, 2018
      New York, New York

LATHAM & WATKINS LLP

By: /s/ Richard D. Owens
    Richard D. Owens
    885 Third Avenue
    New York, New York, 10022
    Telephone: (212)-906-1200
    Facsimile:  (212)-751-4864
    Email: richard.owens@lw.com

*Attorneys for Defendants*
*Royal Bank of Canada, RBC*
*Dominion Securities Inc., and RBC*
*Capital Markets LLC*