UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA MERRILL LYNCH, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC,<br><br>Defendants. | 18 Civ. 00342 (AT)(SN)<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

1

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of the Defendants Royal Bank of Canada, RBC Dominion Securities Inc., and RBC Capital Markets, LLC in the above-captioned action:

        Douglas K. Yatter
        Latham & Watkins LLP
        885 Third Avenue
        New York, New York, 10022
        Telephone: (212)-906-1200
        Facsimile:  (212)-751-4864
        Email: douglas.yatter@lw.com

Dated: February 13, 2018
       New York, New York

LATHAM & WATKINS LLP

By: /s/ Douglas K. Yatter
    Douglas K. Yatter

885 Third Avenue
New York, New York, 10022
Telephone: (212)-906-1200
Facsimile:  (212)-751-4864
Email: douglas.yatter@lw.com

*Attorneys for Defendants*
*Royal Bank of Canada, RBC*
*Dominion Securities Inc., and RBC*
*Capital Markets LLC*