UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>     Plaintiff,<br><br>  - against -<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA MERRILL LYNCH, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC.<br><br>     Defendants. | No. 1:18-CV-00342-ANT-SN<br><br>**NOTICE OF APPEARANCE<br>OF COUNSEL** |

    PLEASE TAKE NOTICE that the undersigned, who is a member in good standing of the bar of this Court, hereby respectfully enters her appearance as attorney of record for defendant Merrill Lynch Canada Inc. in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.

Dated: February 14, 2018
      New York, New York

                DAVIS POLK & WARDWELL LLP

            By: */s/ Dana M. Seshens*
                  Dana M. Seshens
                  450 Lexington Avenue
                  New York, NY 10017
                  Tel.: (212) 450-4855
                  Fax: (212) 701-5855
                  dana.seshens@davispolk.com

                *Counsel for Defendant Merrill Lynch Canada Inc.*