UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRE & POLICE PENSION ASSOCIATION OF
COLORADO, individually and on behalf of all
those similarly situated,

                    Plaintiff,

                - against -

BANK OF MONTREAL, BMO FINANCIAL
CORP., BMO NESBITT BURNS INC., BMO
CAPITAL MARKETS CORP., BANK OF
AMERICA MERRILL LYNCH, MERRILL
LYNCH CANADA INC., DEUTSCHE BANK
AG, DEUTSCHE BANK SECURITIES INC.,
DEUTSCHE BANK SECURITIES LIMITED,
THE BANK OF NOVA SCOTIA, SCOTIA
CAPITAL (USA) INC., SCOTIA CAPITAL
INC., CANADIAN IMPERIAL BANK OF
COMMERCE, CIBC WORLD MARKETS
CORP., CIBC WORLD MARKETS, INC.,
HSBC HOLDINGS PLC, HSBC BANK PLC,
HSBC NORTH AMERICA HOLDINGS INC.,
HSBC SECURITIES (USA) INC., HSBC BANK
CANADA, NATIONAL BANK OF CANADA,
NATIONAL BANK FINANCIAL INC.,
NATIONAL BANK OF CANADA FINANCIAL
INC., ROYAL BANK OF CANADA, RBC
DOMINION SECURITIES INC., RBC
CAPITAL MARKETS, LLC, TORONTO-
DOMINION BANK, TD SECURITIES INC.,
TD SECURITIES (USA) LLC.

                    Defendants.

No. 1:18-CV-00342-ANT-SN

**NOTICE OF APPEARANCE
OF COUNSEL**

---

        PLEASE TAKE NOTICE that the undersigned, who is a member in good

standing of the bar of this Court, hereby respectfully enters his appearance as attorney of

record for defendant Merrill Lynch Canada Inc. in the above-captioned proceeding and

requests that all subsequent papers be served upon him at the address below.

Dated: February 14, 2018
      New York, New York

          DAVIS POLK & WARDWELL LLP

By: *&#95;/s/ Paul S. Mishkin&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;*
            Paul S. Mishkin
            450 Lexington Avenue
            New York, NY 10017
            Tel.: (212) 450-4292
            Fax: (212) 701-5292
            paul.mishkin@davispolk.com

            *Counsel for Defendant Merrill Lynch Canada Inc.*