

February 14, 2018

**VIA ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Fire & Police Pension Association of Colorado v. Bank of Montreal et al.*, No. 18-cv-00342

Dear Judge Netburn:

      As counsel for Plaintiff, we write in accordance with the Court's February 8 Order (ECF No. 21) to provide the Court an update on the status of service of the complaint.

      Plaintiff's records show that Defendants either (1) have been served with the Complaint or (2) have agreed to accept service of the Complaint without prejudice to any defenses or arguments, including, but not limited to, with respect to personal jurisdiction.

      Plaintiff mistakenly named Bank of America Merrill Lynch as a Defendant, but intended to name Bank of America Corporation. Plaintiff has consulted with counsel for this alleged Defendant and will make the appropriate correction in the Amended Complaint.

      We will update the Court if Plaintiff becomes aware of any service issues.

      We are available to address any questions the Court may have.

                                                  Respectfully submitted,

                                                  Vincent Briganti

cc: Counsel of Record (via ECF)

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977 (p) 610-941-2760 (f) 610-862-9777