## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA MERRILL LYNCH, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC.<br><br>                    Defendants. | No. 1:18-cv-00342-AT-SN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised

pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned

attorney, SUZANNE S. FORSTER, an attorney at the law firm Shearman & Sterling LLP, who

is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Bank of Montreal, BMO Financial Corp., BMO Nesbitt Burns Inc., and BMO Capital Markets Corp. in the above-titled action and respectfully requests that all papers in this action be served upon her at the address below.

<div style="margin-left:40%">

Respectfully submitted,

</div>

Date:   New York, New York           SHEARMAN & STERLING LLP
             February 16, 2018

<div style="margin-left:40%">

By:   /s/ Suzanne S. Forster
       Suzanne S. Forster

599 Lexington Avenue
New York, NY 10022-6069
Phone:  (212) 848-7311
Fax: (646) 848-7311
suzanne.forster@shearman.com

*Counsel for Bank of Montreal, BMO Financial Corp., BMO Nesbitt Burns Inc., and BMO Capital Markets Corp.*

</div>