UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>                Plaintiff,<br><br>      vs.<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA MERRILL LYNCH, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC.<br><br>              Defendants. | No. 1:18-cv-00342-AT-SN |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Bank of Montreal, BMO Financial Corp., BMO Nesbitt Burns Inc., and BMO Capital Markets Corp., by their undersigned counsel, hereby state as follows:

1. Bank of Montreal

Bank of Montreal is a publicly held company.  Bank of Montreal has no parent company and no publicly held corporation owns 10% or more of its stock.

2. BMO Financial Corp.

BMO Financial Corp. is a wholly owned subsidiary of Bank of Montreal.

3. BMO Nesbitt Burns Inc.

BMO Nesbitt Burns, Inc. is a wholly owned subsidiary of Bank of Montreal.

4. BMO Capital Markets Corp.

BMO Capital Markets Corp. is an indirect wholly owned subsidiary of Bank of Montreal.

|  |  |
|---|---|
| Dated: New York, New York<br>February 16, 2018 | SHEARMAN & STERLING LLP<br><br>By:  /s/ Adam S. Hakki<br>     Adam S. Hakki<br>     Jerome S. Fortinsky<br>     Suzanne S. Forster<br><br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Phone:  (212) 848-4000<br>Fax: (212) 848-7178<br>adam.hakki@shearman.com<br>jfortinsky@shearman.com<br><br>*Counsel for Bank of Montreal, BMO Financial Corp., BMO Nesbitt Burns Inc., and BMO Capital Markets Corp.* |