UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>BANK OF MONTREAL, *et al.*,<br><br>      Defendants. | No. 18-cv-00342-AT-SN<br><br>NOTICE OF APPEARANCE OF COUNSEL |

  PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, Deutsche Bank Securities Inc., and Deutsche Bank Securities Limited in the above-captioned matter.

Dated: February 22, 2018
   New York, New York

        /s/ Moses Silverman
       Moses Silverman
       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
       1285 Avenue of the Americas
       New York, NY 10019-6064
       Telephone:  (212) 373-3000
       Facsimile:  (212) 757-3990
       msilverman@paulweiss.com

       *Counsel for Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., and Deutsche Bank Securities Limited*