UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br>v.<br><br>BANK OF MONTREAL, *et al.*,<br><br>Defendants. | No. 18-cv-00342-AT-SN<br><br>NOTICE OF APPEARANCE OF COUNSEL |

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, Deutsche Bank Securities Inc., and Deutsche Bank Securities Limited in the above-captioned matter.

Dated: February 22, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　  /s/  Hallie S. Goldblatt
　　　　　　　　　　　　　　　　Hallie S. Goldblatt
　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, NY 10019-6064
　　　　　　　　　　　　　　　　Telephone:  (212) 373-3000
　　　　　　　　　　　　　　　　Facsimile:  (212) 757-3990
　　　　　　　　　　　　　　　　hgoldblatt@paulweiss.com

　　　　　　　　　　　　　　　　*Counsel for Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., and Deutsche Bank Securities Limited*