UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>       Plaintiff,<br> v.<br><br>BANK OF MONTREAL, *et al.*,<br><br>       Defendants. | No. 18-cv-00342-AT-SN<br><br>**<u>CORPORATE DISCLOSURE STATEMENT</u>** |

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Deutsche Bank AG, Deutsche Bank Securities Inc., and Deutsche Bank Securities Limited certifies as follows:

    Defendant Deutsche Bank AG, a publicly held corporation organized under the laws of Germany, has no parent corporation.  No publicly held corporation owns 10 percent or more of Deutsche Bank AG's stock.

    Defendant Deutsche Bank Securities Inc. is a wholly owned subsidiary of DB U.S. Financial Markets Holding Corporation, which is a wholly owned subsidiary of DB USA Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, which is a publicly held company.  No publicly held company owns 10 percent or more of Deutsche Bank AG's stock.

Defendant Deutsche Bank Securities Limited is a wholly owned subsidiary of Deutsche Bank AG, which is a publicly held company.  No publicly held company owns 10 percent or more of Deutsche Bank AG's stock.


Dated: February 22, 2018
New York, New York

   /s/ Moses Silverman
Moses Silverman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
msilverman@paulweiss.com

*Counsel for Defendants Deutsche Bank AG, Deutsche Bank Securities Inc., and Deutsche Bank Securities Limited*