UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x
FIRE & POLICE PENSION
ASSOCIATION OF COLORADO,
individually and on behalf of all those
similarly situated,

                Plaintiff,

v.

BANK OF MONTREAL, et al.,

                Defendants.
---------------------------------------------------------------------------- x

Case No. 1:18-cv-00342-AT-SN

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that I, Daniel H.R. Laguardia, hereby enter an appearance on behalf of defendants The Bank of Nova Scotia, Scotia Capital (USA) Inc., and Scotia Capital Inc.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       February 23, 2018

SHEARMAN & STERLING LLP

By:    */s/Daniel H.R. Laguardia*
        Daniel H.R. Laguardia

599 Lexington Avenue
New York, NY  10022-6069
Telephone: 212-848-4000
Facsimile: 212-848-7179
daniel.laguardia@shearman.com

*Attorney for The Bank of Nova Scotia, Scotia Capital (USA) Inc., and Scotia Capital Inc.*