UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
FIRE & POLICE PENSION  :
ASSOCIATION OF COLORADO,  :
individually and on behalf of all those  :
similarly situated,  :
 :
               Plaintiff,  :  Case No. 1:18-cv-00342-AT-SN
 :
v.  :
 :
BANK OF MONTREAL, et al.,  :
 :
               Defendants.  :
 :
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, John F. Cove Jr., hereby enter an appearance on behalf of defendants The Bank of Nova Scotia, Scotia Capital (USA) Inc., and Scotia Capital Inc.  I certify that I am admitted to practice in this Court.

Dated:  San Francisco, California
       February 23, 2018

SHEARMAN & STERLING LLP

By:  /s/John F. Cove Jr.
      John F. Cove Jr.

535 Mission St., 25th Floor
San Francisco, CA 94105-2997
Tel: 415-616-1100
Fax: 415-616-1199
john.cove@shearman.com

*Attorney for The Bank of Nova Scotia, Scotia Capital (USA) Inc., and Scotia Capital Inc.*