UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

FIRE & POLICE PENSION
ASSOCIATION OF COLORADO,
individually and on behalf of all those
similarly situated,

                         Plaintiff,

v.

BANK OF MONTREAL, et al.,

                         Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:18-cv-00342-AT-SN

---------------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that I, Jeffrey J. Resetarits, hereby enter an appearance on

behalf of defendants The Bank of Nova Scotia, Scotia Capital (USA) Inc., and Scotia Capital

Inc.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        February 23, 2018

                                SHEARMAN & STERLING LLP

                                By:    */s/Jeffrey J. Resetarits*
                                        Jeffrey J. Resetarits

                                599 Lexington Avenue
                                New York, NY  10022-6069
                                Telephone: 212-848-4000
                                Facsimile: 212-848-7179
                                jeffrey.resetarits@shearman.com

                                *Attorney for The Bank of Nova Scotia, Scotia*
                                *Capital (USA) Inc., and Scotia Capital Inc.*