UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
FIRE & POLICE PENSION
ASSOCIATION OF COLORADO,
individually and on behalf of all those
similarly situated,

                Plaintiff,

v.

BANK OF MONTREAL, et al.,

                Defendants.
---------------------------------------------------------------------- x

Case No. 1:18-cv-00342-AT-SN

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## THE BANK OF NOVA SCOTIA

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant The Bank of Nova Scotia hereby states as follows:

The Bank of Nova Scotia is a publicly held company whose shares are traded on the Toronto Stock Exchange and the New York Stock Exchange. The Bank of Nova Scotia has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       February 23, 2018

SHEARMAN & STERLING LLP

By:    /s/Daniel H. R. Laguardia
       Daniel H. R. Laguardia

Jeffrey J. Resetarits
Edward T. Decker
599 Lexington Avenue
New York, NY  10022-6069
Telephone: 212-848-4000
Facsimile: 212-848-7179
daniel.laguardia@shearman.com
jeffrey.resetarits@shearman.com
edward.decker@shearman.com

John F. Cove Jr.
535 Mission St., 25th Floor
San Francisco, CA 94105-2997
Tel: 415-616-1100
Fax: 415-616-1199
john.cove@shearman.com

*Attorneys for The Bank of Nova Scotia, Scotia Capital (USA) Inc., and Scotia Capital Inc.*

2