UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x
FIRE & POLICE PENSION
ASSOCIATION OF COLORADO,
individually and on behalf of all those
similarly situated,

                      Plaintiff,

v.

BANK OF MONTREAL, et al.,

                      Defendants.
---------------------------------------------------------------------------- x

Case No. 1:18-cv-00342-AT-SN

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## SCOTIA CAPITAL (USA) INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Scotia Capital (USA) Inc. hereby states as follows:

Scotia Capital (USA) Inc. is an indirect wholly owned subsidiary of The Bank of Nova Scotia, which is publicly traded on the New York Stock Exchange and the Toronto Stock Exchange. The Bank of Nova Scotia has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       February 23, 2018

                                  SHEARMAN & STERLING LLP

                                  By:   */s/Daniel H. R. Laguardia*
                                         Daniel H. R. Laguardia

                                  Jeffrey J. Resetarits
                                  Edward T. Decker
                                  599 Lexington Avenue
                                  New York, NY  10022-6069
                                  Telephone: 212-848-4000
                                  Facsimile: 212-848-7179
                                  daniel.laguardia@shearman.com
                                  jeffrey.resetarits@shearman.com
                                  edward.decker@shearman.com

John F. Cove Jr.
535 Mission St., 25th Floor
San Francisco, CA 94105-2997
Tel: 415-616-1100
Fax: 415-616-1199
john.cove@shearman.com

*Attorneys for The Bank of Nova Scotia, Scotia Capital (USA) Inc., and Scotia Capital Inc.*

2