UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x
FIRE & POLICE PENSION :
ASSOCIATION OF COLORADO, :
individually and on behalf of all those :
similarly situated, :
:
                      Plaintiff, :    Case No. 1:18-cv-00342-AT-SN
:
v. :
:
BANK OF MONTREAL, et al., :
:
                      Defendants. :
:
---------------------------------------------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## SCOTIA CAPITAL INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Scotia Capital Inc. hereby states as follows:

Scotia Capital Inc. an indirect, wholly owned subsidiary of The Bank of Nova Scotia, which is publicly traded on the New York Stock Exchange and the Toronto Stock Exchange. The Bank of Nova Scotia has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      February 23, 2018           SHEARMAN & STERLING LLP

                                        By:   */s/Daniel H. R. Laguardia*
                                             Daniel H. R. Laguardia

                                      Jeffrey J. Resetarits
                                      Edward T. Decker
                                      599 Lexington Avenue
                                      New York, NY  10022-6069
                                      Telephone: 212-848-4000
                                      Facsimile: 212-848-7179
                                      daniel.laguardia@shearman.com
                                      jeffrey.resetarits@shearman.com
                                      edward.decker@shearman.com

John F. Cove Jr.
535 Mission St., 25th Floor
San Francisco, CA 94105-2997
Tel: 415-616-1100
Fax: 415-616-1199
john.cove@shearman.com

*Attorneys for The Bank of Nova Scotia, Scotia Capital (USA) Inc., and Scotia Capital Inc.*

2