## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FIRE & POLICE PENSION ASSOCIATION
OF COLORADO, individually and on behalf
of all those similarly situated,

                Plaintiff,

-against-

BANK OF MONTREAL, et al.,

                Defendants.

Case No.: 18-cv-00342-AT-SN

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Sandra D. Hauser, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for Defendants Canadian Imperial Bank of Commerce, CIBC World Markets Corp., and CIBC World Markets, Inc.  in the above-captioned action, and requests that copies of papers served in this action be served on the undersigned.

Dated: February 28, 2018
       New York, New York

DENTONS US LLP

  /s/ Sandra D. Hauser_____
Sandra D. Hauser, Esq.
1221 Avenue of Americas
New York, New York 10020
Telephone: (212) 768-6700
Fax: (212) 768-6800
sandra.hauser@dentons.com

*Attorneys for Defendants Canadian Imperial
Bank of Commerce, CIBC World Markets
Corp., and CIBC World Markets, Inc.*