**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>       Plaintiff,<br><br>-against-<br><br>BANK OF MONTREAL, et al.,<br><br>       Defendants. | Case No.: 18-cv-00342-AT-SN<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Timothy J. Straub, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for Defendants Canadian Imperial Bank of Commerce, CIBC World Markets Corp., and CIBC World Markets, Inc. in the above-captioned action, and requests that copies of papers served in this action be served on the undersigned.

Dated: February 28, 2018
   New York, New York

                  DENTONS US LLP

                  __/s/ Timothy J. Straub_____
                  Timothy J. Straub, Esq.
                  1221 Avenue of Americas
                  New York, New York 10020
                  Telephone: (212) 768-6700
                  Fax: (212) 768-6800
                  timothy.straub@dentons.com

                  *Attorneys for Defendants Canadian Imperial Bank of Commerce, CIBC World Markets Corp., and CIBC World Markets, Inc.*