UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA MERRILL LYNCH, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC,<br><br>        Defendants. | Case No. 1:18-cv-00342<br><br>**NOTICE OF APPEARANCE** |

        Notice is hereby given that the undersigned attorney, Gregory T. Casamento, enters his appearance in this matter as attorney for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Securities (USA) Inc., and HSBC Bank Canada, (collectively "HSBC") for purposes of receiving notices and orders from this Court.

The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

This entry of appearance is subject to and without waiving any defenses that the HSBC Defendants may have.

Dated: New York, New York
       February 26, 2018

>LOCKE LORD LLP
>
>/s/ Gregory T. Casamento
>
>Gregory T. Casamento
>LOCKE LORD LLP
>Brookfield Place
>200 Vesey Street, 20th Floor
>New York, NY 10281-2101
>Telephone: (212) 812-8325
>*gcasamento@lockelord.com*
>
>*Attorneys for Defendants*
>HSBC HOLDINGS PLC, HSBC BANK PLC,
>HSBC NORTH AMERICA HOLDINGS INC.,
>HSBC SECURITIES (USA) INC., and HSBC
>BANK CANADA