IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBS WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC,<br><br>　　　　Defendants. | No. 1:18-cv-00342 |

## **RULE 7.1 DISCLOSURE**

　　　　Pursuant to Fed. Rule Civ. P. 7.1, Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings, Inc., HSBC Securities (USA) Inc., and HSBC Bank Canada disclose that: (1) HSBC Holdings plc is a publicly held company with no parent company and, to the best of its knowledge, no publicly held corporation owns 10% or more of its stock; (2) HSBC Bank plc is a wholly owned subsidiary of HSBC Holdings plc; (3) HSBC North America Holdings, Inc. is an indirect, wholly owned subsidiary of HSBC Holdings plc; (4) HSBC

68106326v.1

Securities (USA) Inc. is an indirect, wholly owned subsidiary of HSBC Holdings plc; and (5) HSBC Bank Canada is an indirect, wholly owned subsidiary of HSBC Holdings plc.;

Dated: New York, New York
      March 1, 2018

/s/
Gregory T. Casamento

Gregory T. Casamento
LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
Tel:  212-812-8325
gcasamento@lockelord.com

Roger B. Cowie  (*pro hac vice* pending)
LOCKE LORD LLP
2200 Ross Avenue
Dallas, TX  75201
Tel:  214-740-8000
rcowie@lockelord.com

J. Matthew Goodin (*pro hac vice* pending)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL  60606
Tel:  312-443-0472
jmgoodin@lockelord.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC North America Holdings Inc., HSBC Securities (USA) Inc., and HSBC Bank Canada*

68106326v.1