UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>     Plaintiff,<br><br>   - against -<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA MERRILL LYNCH, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC.<br><br>     Defendants. | No. 1:18-CV-00342-ANT-SN |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MERRILL LYNCH CANADA INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Merrill Lynch Canada Inc. makes the following disclosures through its undersigned counsel:

1.      Defendant Merrill Lynch Canada Inc. is a privately held company owned by Midland Walwyn Inc. and Merrill Lynch & Co., Canada Ltd.

2.      Midland Walwyn Inc. is a privately held company owned by Merrill Lynch Canada Holdings Company and Merrill Lynch & Co., Canada Ltd.

3.      Merrill Lynch & Co., Canada Ltd. is a privately held company that is 100% owned by Merrill Lynch Canada Holdings Company.

4.      Merrill Lynch Canada Holdings Company is a privately held company that is 100% owned by Merrill Lynch International, LLC.

5.      Merrill Lynch International, LLC is a privately held company that is 100% owned by NB Holdings Corporation.

6.      NB Holdings Corporation is a privately held company that is 100% owned by Bank of America Corporation.

7.      Bank of America Corporation is the ultimate parent company of Defendant Merrill Lynch Canada Inc.  Bank of America Corporation is listed on the New York Stock Exchange (NYSE: BAC), does not have any parent corporation, and no publicly held company has an ownership interest of 10% or more in Bank of America Corporation.

Dated:  March 1, 2018
        New York, New York

DAVIS POLK & WARDWELL LLP

By: /s/ Dana M. Seshens
    Dana M. Seshens
    Paul S. Mishkin

450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4855
Facsimile: (212) 450-5855
dana.seshens@davispolk.com

paul.mishkin@davispolk.com

*Counsel for Defendant Merrill Lynch Canada Inc.*

3