UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FIRE & POLICE PENSION ASSOCIATION OF :
COLORADO, individually and on behalf of all :
those similarly situated, :
:
              Plaintiff, :
:     Case No.: 1:18-cv-00342-AT-SN
             -against- :
:
BANK OF MONTREAL, *et al.*, :
:
             Defendants. :
:
------------------------------------------------------------x

## DEFENDANT NATIONAL BANK OF CANADA'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

      Defendant National Bank of Canada makes this disclosure pursuant to Federal

Rule of Civil Procedure 7.1.

      National Bank of Canada is a chartered bank under Schedule 1 of the Bank Act

(Canada), the shares of which are listed on the Toronto Stock Exchange.  No publicly held

company owns or exercises control over 10 percent or more of its common shares.

Dated: New York, New York
      March 2, 2018                 SCHULTE ROTH & ZABEL LLP


                                 By:   /s/ Harry S. Davis
                                      Harry S. Davis
                                      harry.davis@srz.com
                                      Brian T. Kohn
                                      brian.kohn@srz.com

                                      919 Third Avenue
                                      New York, NY  10022
                                      Telephone: 212.756.2000

                                  *Attorneys for National Bank of Canada*