UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FIRE & POLICE PENSION ASSOCIATION OF :
COLORADO, individually and on behalf of all :
those similarly situated, :
:
                              Plaintiff, :
:   Case No.: 1:18-cv-00342-AT-SN
                             -against- :
:
BANK OF MONTREAL, *et al.*, :
:
                             Defendants. :
:
-------------------------------------------------------------x

## DEFENDANT NATIONAL BANK OF CANADA FINANCIAL INC.'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

       Defendant National Bank of Canada Financial Inc. makes this disclosure pursuant to Federal Rule of Civil Procedure 7.1.

       National Bank of Canada Financial Inc. is a wholly-owned subsidiary of National Bank of Canada Financial Group Inc., which is a wholly-owned subsidiary of NBF International Holdings Inc., itself a wholly-owned subsidiary of National Bank Financial Inc., the ultimate parent company for which is National Bank of Canada, which is a chartered bank under Schedule 1 of the *Bank Act* (Canada) whose shares are listed on the Toronto Stock Exchange.  No other company owns 10% or more of National Bank of Canada Financial Inc.

| | |
|---|---|
| Dated: New York, New York<br>March 2, 2018 | SCHULTE ROTH & ZABEL LLP<br><br>By:  /s/ Harry S. Davis<br>Harry S. Davis<br>harry.davis@srz.com<br>Brian T. Kohn<br>brian.kohn@srz.com<br><br>919 Third Avenue<br>New York, NY  10022<br>Telephone: 212.756.2000<br><br>*Attorneys for National Bank of Canada Financial Inc.* |

2