UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated, | |
| Plaintiff, | Case No.: 1:18-cv-00342-AT-SN |
| -against- | |
| BANK OF MONTREAL, *et al.*, | |
| Defendants. | |

**DEFENDANT NATIONAL BANK FINANCIAL INC.'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant National Bank Financial Inc. makes this disclosure pursuant to Federal Rule of Civil Procedure 7.1.

National Bank Financial Inc. is a subsidiary owned by (i) National Bank of Canada; (ii) FMI Acquisition Inc., which is a wholly-owned subsidiary of National Bank of Canada; and (iii) National Bank Group Inc., which is a wholly-owned subsidiary of National Bank Acquisition Holding Inc., itself a wholly-owned subsidiary of National Bank of Canada, which is a chartered bank under Schedule 1 of the *Bank Act* (Canada) whose shares are listed on the Toronto Stock Exchange. No other company owns 10% or more of National Bank Financial Inc.

Dated: New York, New York
March 2, 2018

SCHULTE ROTH & ZABEL LLP

By: /s/ Harry S. Davis

Harry S. Davis
harry.davis@srz.com
Brian T. Kohn
brian.kohn@srz.com

919 Third Avenue
New York, NY 10022
Telephone: 212.756.2000

*Attorneys for National Bank Financial Inc.*