IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>BANK OF MONTREAL, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 18-cv-00342-AT-SN |

## RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Canadian Imperial Bank of Commerce certify it is a publicly held company with no parent company, and to the best of its knowledge, no publicly held corporation owns 10% or more of its stock.

Dated: March 2, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　　　　　  /s/ Sandra D. Hauser
　　　　　　　　　　　　　　　　　　　　　Sandra D. Hauser, Esq.
　　　　　　　　　　　　　　　　　　　　　1221 Avenue of Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 768-6700
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 768-6800
　　　　　　　　　　　　　　　　　　　　　sandra.hauser@dentons.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Canadian Imperial Bank of Commerce, CIBC World Markets Corp., and CIBC World Markets, Inc.*