IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>     Plaintiff,<br><br>-against-<br><br>BANK OF MONTREAL, et al.,<br><br>     Defendants. | Case No.: 18-cv-00342-AT-SN |

**RULE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants CIBC World Markets Corp. and CIBC World Markets Inc. certifies that the Canadian Imperial Bank of Commerce owns 10% or more of each of these Defendants' stock or membership interest. Shares of Canadian Imperial Bank of Commerce stock trade on the Toronto Stock Exchange and the New York Stock Exchange under the symbol CM.

No other parent and/or other publicly held corporations own 10% or more of either of these Defendants' stock.

Dated: March 2, 2018
   New York, New York

              DENTONS US LLP

              __/s/ Sandra D. Hauser_____
              Sandra D. Hauser, Esq.
              1221 Avenue of Americas
              New York, New York 10020
              Telephone: (212) 768-6700
              Fax: (212) 768-6800
              sandra.hauser@dentons.com

*Attorneys for Defendants Canadian Imperial Bank of Commerce, CIBC World Markets Corp., and CIBC World Markets, Inc.*