# Appendix A







