# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA MERRILL LYNCH, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC.<br><br>　　　　Defendants. | Docket No. 1:18-CV-00342 |

{2818 / NOT / 00146117.DOCX v1}

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff FIRE & POLICE PENSION ASSOCIATION OF COLORADO in this action. I certify that I am admitted to practice in this Court.

Dated: March 22, 2018

          LOWEY DANNENBERG P.C.

          Respectfully submitted,

          By: /s Matthew Acocella
                Matthew Acocella
                44 South Broadway, Suite 1100
                White Plains, NY 10601
                Telephone: 914-997-0500
                Facsimile: 914-997-0035
                Email: macocella@lowey.com

*Attorney for Plaintiff Fire & Police Pension Association of Colorado*