# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

FIRE & POLICE PENSION ASSOCIATION OF COLORADO, individually and on behalf of all those similarly situated,

                Plaintiff,

    -against-

BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBS BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC.,

                Defendants.

-----------------------------------------------------------X



18 **CIVIL** 342 (AT)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2019, the foreign Defendants' motion to dismiss for lack of personal jurisdiction is GRANTED and Defendants' motion to dismiss is GRANTED

with respect to Plaintiff's Sherman Act, CEA, and RICO claims. Plaintiff's state law claims are dismissed without prejudice to renewal in state court; accordingly, the case is closed.

**Dated:** New York, New York
March 14, 2019

                                               **RUBY J. KRAJICK**
                                                 **Clerk of Court**

                            **BY:** _____
                                                 **Deputy Clerk**