UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against –<br><br>BANK OF MONTREAL, BMO FINANCIAL CORP., BMO NESBITT BURNS INC., BMO CAPITAL MARKETS CORP., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MERRILL LYNCH CANADA INC., DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK SECURITIES LIMITED, THE BANK OF NOVA SCOTIA, SCOTIA CAPITAL (USA) INC., SCOTIA CAPITAL INC., CANADIAN IMPERIAL BANK OF COMMERCE, CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS, INC., HSBC HOLDINGS PLC, HSBC BANK PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC SECURITIES (USA) INC., HSBC BANK CANADA, HSBC BANK USA, N.A., HSBC USA INC., NATIONAL BANK OF CANADA, NATIONAL BANK FINANCIAL INC., NATIONAL BANK OF CANADA FINANCIAL INC., ROYAL BANK OF CANADA, RBC DOMINION SECURITIES INC., RBC CAPITAL MARKETS, LLC, TORONTO-DOMINION BANK, TD SECURITIES INC., TD SECURITIES (USA) LLC.<br><br>Defendants. | Docket No. 18-cv-00342-AT-SN<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's March 14, 2019 Order (ECF No. 145) and March 14, 2019 Judgment (ECF No. 146) dismissing this action, and all other orders entered in the case that were adverse, either in whole or in part, to Plaintiff.

Dated: April 11, 2019
White Plains, New York

    Respectfully submitted,

By: /s/ Vincent Briganti
Vincent Briganti
Geoffrey M. Horn
Christian Levis
Roland R. St. Louis, III
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
ghorn@lowey.com
clevis@lowey.com
rstlouis@lowey.com

Todd A. Seaver
Carl Hammarskjold
Colleen Cleary
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com
ccleary@bermantabacco.com

Patrick T. Egan (PE-6812)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
pegan@bermantabacco.com

*Counsel for Plaintiff*